CRUMMEY *v.* CRUMMEY.

GILBERT, Justice. Under the pleadings and evidence it can not be said that the judge abused his discretion in allowing temporary alimony and the grant of interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 10835. JUNE 13, 1935.

*M. E. Wood,* for plaintiff in error.   *Jap H. Highsmith,* contra.